# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00671-CV

**Michael Motheral in his Official Capacity as Chair of the University Interscholastic League's State Executive Committee; Johanna Denson in her Official Capacity as Vice Chair of the UIL SEC; Paul Galvan in his Official Capacity as a member of the UIL SEC; and Daryl Wade in his Official Capacity as a member of the UIL SEC, Appellants**

v.

**Jennifer Black, individually, and A.B., a minor, by and through his guardian, Jennifer Black, Appellees**

## FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-GN-21-006732, THE HONORABLE MARIA CANTÚ HEXSEL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellees have filed a motion for emergency relief pursuant to Rule 29.3. *See* Tex. R. App. P. 29.3 ("[T]he appellate court may make any temporary orders necessary to preserve the parties' rights until disposition of the appeal . . . ."). On December 30, 2021, we reinstated the trial court's December 20, 2021 order to the extent it granted appellees' application for a temporary injunction pending a response from appellants and this Court's resolution of the motion for emergency relief. Appellants filed a response and on February 4, 2022, they filed an emergency motion to dissolve the rule 29.3 injunction.

Having further reviewed the motion, response, and reply, we grant appellees' motion for temporary relief, and the trial court's temporary injunction remains reinstated pending

resolution of this appeal. *See* Tex. Civ. Prac. & Rem. Code § 6.001(b); Tex. R. App. P. 24.2(a)(3), 29.1(b). We also deny appellants' emergency motion to dissolve the rule 29.3 injunction.

It is ordered on February 7, 2022.

Before Justices Goodwin, Baker, and Triana
  Justice Goodwin dissenting without opinion